UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
LINDA A. SETLECH,

          Plaintiff,

          -against-

AUGUST E. FLENTJE, et al.,

          Defendants.

------------------------------------------------------------x

25-CV-2581 (ALC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

In light of Chief Judge Swain's Amended Standing Order M10-468 (25-mc-433; ECF No. 3, attached), which stayed this case, the Initial Case Management Conference scheduled for **Tuesday, October 07, 2025 at 11:30 a.m.** is adjourned. No appearance is necessary.

        **SO ORDERED.**

Dated: October 6, 2025
       New York, New York

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge