USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/16/25__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LINDA A. SETLECH,

           **Plaintiff,**

    **-against-**

AUGUST E. FLENTJE, et al.,

          **Defendants.**

**1:25-cv-02581 (ALC)(OTW)**

**<u>ORDER</u>**

**ANDREW L. CARTER, JR., United States District Judge:**

On November 19, 2025, the Government Defendants submitted a letter to the Court asking to extend their deadline to respond to the Plaintiff's Amended Complaint and proposing a briefing schedule in connection with their anticipated motion to dismiss. ECF No. 23. On December 4, 2025, the Court ordered the Government to provide a basis for such a motion and to seek leave to file such a motion with the Court. ECF No. 24. On November 23, 2025, Plaintiff filed a letter with the Court opposing the Government's intention to move to dismiss the amended complaint. ECF No. 25. On December 4, 2025, the Government filed a letter requesting a pre-motion conference in connection with its anticipate motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). ECF No. 26. On December 9, 2025, Plaintiff filed a revised opposition letter to the Government's request for a pre-motion conference. ECF No. 28.

After considering the parties letters and their respective positions, the Court **DENIES** the Government's request for a pre-motion conference and **GRANTS** the Government leave to file its anticipated motion to dismiss. Unless the parties jointly submit an alternative, the Court sets the following briefing schedule:

      **Government's Opening Brief**                 **Due by January 9, 2026**

**Plaintiff's Opposition Brief**                    **Due by February 13, 2026**

**Government's Reply Brief**                         **Due by March 11, 2026**

**SO ORDERED.**

**Dated:    December 16, 2025**
**New York, New York**

_____

**ANDREW L. CARTER, JR.**
**United States District Judge**