Lßinda A. Setlech, 305 89th St., Apt. D5, Brooklyn, NY 11209 718-745-3833 **347-633-5015** LASetlech@aol.com

Pro Se Intake Unit
U.S. District Court, Southern District of New York
500 Pearl Street-Room 250
New York, NY 10007

LINDA A. SETLECH,

Plaintiff,

-against-

August E. Flentje, Interim Special Master, Allison L. Turkel, Special Master, in their official and individual capacities as Administrators of the SEPTEMBER 11th VICTIM COMPENSATION FUND, a federal agency of the U.S. Department of Justice, and U.S. Attorney General Pamela J. Bondi, Department of Justice,

Defendants.

Case No. 25-CV-2581
(A.L. Carter, Jr.) (O.T. Wang)

TO: HON. ANDREW L. CARTER, JR.

**PLAINTIFF'S LETTER RE DEFENDANT'S EXTENSION OF TIME:**
**From March 11, 2026**
**To March 18, 2026**

RECEIVED
SDNY PRO SE OFFICE
2026 MAR 25 PM 12: 06

TO: JAY CLAYTON, United States Attorney
for the Southern District of New York
86 Chambers Street, 3rd Floor
New York, N.Y. 10007
212-637-2734
c/o Email adam.gitlin@usdoj.gov

ADAM GITLIN, Of Counsel
Assistant United States Attorney,
for the Southern District of New York
86 Chambers Street, 3rd Floor
New York, N.Y. 10007
212-637-2734
Email adam.gitlin@usdoj.gov

LINDA A. SETLECH 305 89TH Street, Apt. D5, Brooklyn, NY 11209 LASetlech@aol.com
cell 347-633-5075 718-745-3833

March 25, 2026

ALCarterNYSDChambers@nysd.uscourts.gov
The Honorable Andrew L. Carter, Jr.
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

cc:
adam.gitlin@usdoj.gov
Adam Gitlin, Esq., Of Counsel
Assistant U.S. Attorney
for the Southern District of New York
86 Chambers Street, 3rd Floor
New York, N.Y. 10007
212- 637-2734

Jay Clayton, United States Attorney
for the Southern District of New York
86 Chambers Street, 3rd Floor
New York, N.Y. 10007
212-637-2734
c/o Email adam.gitlin@usdoj.gov

Re: *Setlech v. Flentje, et al.*, 25-CV-2581 (ALC) (OTW)

Dear Judge Carter:

On March 21, 2026, Plaintiff received a copy of letter dated March 11, 2026 from Assistant U.S. Attorney Adam Gitlin to note that Your Honor granted his first request for an extension of time until March **18**, 2026 to confer with September 11th Victim Compensation Fund ("VCF") for response to Plaintiff's Opposition of Government's motion to dismiss Amended Complaint. As of this date,* Plaintiff is not in receipt of such response and is not privy to Attorney Gitlin's second request for an extension of time. Much to the chagrin of Plaintiff, Attorney Gitlin also advised that his office has no authority to engage in settlement negotiations on behalf of VCF.

, Plaintiff Pro Se challenged VCF denials of Plaintiff's Claim #0202283 and Hearing on Appeal for eligibility to victim compensation from acts of terrorism at World Trade Center ("WTC") on 9/11, and four health conditions certified as 9/11-related, but Government's failure to respond to motion practice in good faith lay dormant the within proceeding.

Respectfully submitted,

Linda A. Setlech

Linda A. Setlech

via FEDEX # 8185 8448 5489

*AND TIME — P.M. Plaintiff rec'd Defendants Reply MOL that have not had an opportunity to read same.
LAS