An official website of the United States government [Here's how you know]



# How to File a Claim

To be considered for compensation from the VCF, you must submit a claim. By law, the VCF can only compensate for losses caused by eligible conditions related to the events of September 11, 2001. In addition, the law requires the Special Master, in each case, to take account of the harm to the claimant, the facts of the claims, and the individual circumstances of the claimant.

Please note, you are not required to have an attorney file your VCF claim. You are free to consult with attorneys and you should make your own decision as to whether you wish to retain an attorney.

To be eligible for an award from the VCF, you must meet the following criteria:

1. **Register –** Register with the VCF by the deadline applicable to your individual circumstances and submit your complete claim no later than October 1, 2090.

   Learn more about registration deadlines.

2. **Lawsuit** – Dismiss, withdraw, and/or settle any 9/11-related lawsuits by the appropriate deadline.

   Learn more about 9/11-related lawsuits.

3. **Condition** – Show that you have a 9/11-related physical injury or condition that is certified for treatment by the World Trade Center ("WTC") Health Program or, in limited circumstances, that you have a physical injury or condition that was treated by your private physician and verified as 9/11-related through the VCF's Private Physician process. You should only file your claim *after* the WTC Health Program has certified your physical health condition.

   Learn more about eligible conditions.

4. **Presence** – Show that you were present at one of the three crash sites or, within the VCF New York City Exposure Zone, during the applicable dates for each location.

Cited in Setlech v Interim Special Master Aug E. Frentje 1-25-cv02581 Decided 8/11/26 Archived on 8/12/26 This document is protected by copyright. Further reproduction is prohibited without permission.

Learn more about how to prove presence.

5. **VCF1 Award** – If you received an award from the original September 11th Victim Compensation Fund that operated from 2001-2004 (“VCF1”), you must show that your VCF1 eligible injury or condition has substantially worsened, or that you have a new physical injury or condition which you had not suffered at the time of the VCF1 claim filing or which was not compensable at the time of VCF1; and that you have not already been fully compensated for your losses.

Learn more about VCF 1 claims.

6. **Personal Representative** – If you are filing a claim on the victim’s behalf (i.e., as a Personal Representative for a deceased victim, or as the legal guardian for an incapacitated adult), you must show that you have the legal authority to do so.

Learn more about filing a claim on a victim’s behalf.

## How to File a Claim

Go to https://www.claims.vcf.gov/Account/Login to access your online account. Once you are logged in, select “Existing Registrations and Claims.” Identify your claim number and select “Begin Eligibility.”

You will be presented with a series of questions to tell us why you are eligible and the types of compensation you are seeking. You will also need to submit certain documents based on your circumstances.

## Additional Resources

- Review our Forms and Resources page for additional guidance and documentation.
- Review our Frequently Asked Questions.
- For help on navigating the online system, review our Claims Management System guides and resources.

## Questions?

VCF Helpline Representatives are available to help answer questions about submitting a claim, and they can also assist you in navigating the online claims system.

Cited in Setlech v. Interim Special Master Aug E. Flertie
1-25-cv-02381 Decided 8/11/26
Archived on 8/12/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

If you a represented by an attorney, contact your law firm with any questions. They will submit your claim on your behalf.

**VCF Helpline** - Monday to Friday, 8:30am-5:00pm, except Federal Holidays.

- Toll-free number: **1-855-885-1555**
- Hearing Impaired: 1-855-885-1558
- Outside the United States: 1-202-514-1100

# Additional Languages

- Cómo Presentar un Reclamo
- Jak Złożyć Wniosek
- 如何提出索赔

## Quick Links

- How to Access the Online Claims Management System
- How to Create an Account
- How to Log into an Existing Account
- How to Register
- Important information on Registration and Claim Filing Deadlines (Spanish, Polish, Chinese)

## Online Claims Management System (CMS)

- Online Claims Management System Acceptable Use Policy
- Online Claims Management System Guides and Resources

Cited in Setlech v. Interim Special Master Aug E. Flentje
1-25cv02581 Decided 8/11/26
Archived on 8/12/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

Return to top

## September 11th Victim Compensation Fund

VCF Helpline 1-855-885-1555

**Mailing Address:**
September 11th Victim Compensation Fund
P.O. Box 34500
Washington, D.C. 20043

**About The Fund**
**Contact Us**

**Stay Connected with the VCF:**

@Sept11VCF

Cited in Setlech v Interim Special Master Aug E. Flentje
1-25cv02581 Decided 8/11/26
Archived on 8/12/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

## Department of Justice Links

Department of Justice Home Page
Legal Policies and Disclaimers
Privacy Policy
Accessibility
Civil Division Home Page
Civil Division Freedom of Information Act