**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**LINDA A. SETLECH,**

**Plaintiff,**

**-against-**

**AUGUST E. FLENTJE, et al.,**

**Defendants.**

**1:25-cv-02581 (ALC)(OTW)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiff's amended complaint was due by **September 1, 2026.** Plaintiff has not made such filing. The Court hereby *sua sponte* extends Plaintiff's deadline to file an amended complaint by **November 1, 2026.**

**SO ORDERED.**

**Dated: October 8, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**